226 So.2d 922

**Frank L. SMITH**

v.

**JUNG HOTEL CORPORATION and The Travelers Insurance Company.**

No. 50033.

Oct. 14, 1969.

In re: Frank L. Smith applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 224 So.2d 111.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.